| | |
|---|---|
| 1 | FREDRIC D. WOOCHER (SBN 96689) |
| 2 | RACHEL A. DEUTSCH (SBN 275826) |
|   | STRUMWASSER & WOOCHER LLP |
| 3 | 10940 Wilshire Boulevard, Suite 2000 |
|   | Los Angeles, California 90024 |
| 4 | Telephone: (310) 576-1233 |
|   | Facsimile: (310) 319-0156 |
| 5 | E-mail: fwoocher@strumwooch.com |
|   |         rdeutsch@strumwooch.com |

Attorneys for Proposed Intervenor
*State Building and Construction Trades Council of California, AFL-CIO*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TIMEC COMPANY, INC., dba TRANSFIELD SERVICES; PETROCHEM INSULATION, INC.; SSP INDUSTRIAL RECLAMATION, a California joint venture, dba PLANT RECLAMATION; ANTHONY GILLISPIE; and RODOLFO LOPEZ,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, in his official capacity as Governor of the State of California; KAMALA HARRIS, in her official capacity as Attorney General for the State of California; CHRISTINE BAKER, in her official capacity as Director of the California Department of Industrial Relations; DIANE RAVNIK, in her official capacity as the Chief of the California Division of Apprenticeship Standards; MATT RODRIGUEZ, in his official capacity as California Secretary for Environmental Protection; CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　　　　　Defendants.<br><br>STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO,<br><br>　　　　　　　　　　　Intervenor. | CASE NO. 2:13-CV-02521 JAM DAD<br><br>**ORDER GRANTING INTERVENTION TO STATE BUILDING AND CONSTRUCTION TRADES COUNCIL OF CALIFORNIA, AFL-CIO** |

Printed on Recycled Paper

*TIMEC COMPANY, INC., ET AL V. EDMUND G. BROWN, ET AL*
[PROPOSED] ORDER GRANTING INTERVENTION
CASE NO.: 2:13-CV-02521-JAM-DAD

Pursuant to the Stipulation Regarding Intervention of State Building and Construction Trades Council of California, AFL-CIO, filed in this action by Plaintiffs Timec Company, Inc., dba Transfield Services; Petrochem Insulation, Inc.; SSP Industrial Reclamation, a California Joint Venture, dba Plant Reclamation; Anthony Gillispie; and Rodolfo Lopez (collectively, "Plaintiffs"); Defendants Edmund G. Brown, in his official capacity as Governor of the State of California; Kamala Harris, in her official capacity as Attorney General for the State of California; Christine Baker, in her official capacity as Director of the California Department of Industrial Relations; Diane Ravnik, in her official capacity as Chief of the California Division of Apprenticeship Standards; Matt Rodriguez, in his official capacity as California Secretary for Environmental Protection; and the California Environmental Protection Agency (collectively, "Defendants"); and the State Building and Construction Trades Council of California, AFL-CIO ("SBCTC" or "Intervenor"), IT IS HEREBY ORDERED that:

1. SBCTC shall be entitled to intervene as a defendant in this action pursuant to Federal Rule of Civil Procedure 24.

2. SBCTC shall adhere to the briefing schedule previously agreed to by Plaintiffs and Defendants for Plaintiffs' intended Motion for Summary Judgment, which provides that (a) Plaintiffs' moving papers shall be filed and served no later than January 22, 2014; (b) Defendants' and Intervenor's opposition papers shall be filed and served no later than February 12, 2014; (c) Plaintiffs' reply papers shall be filed and served no later than February 26, 2014; and (d) Plaintiffs' motion shall be scheduled to be heard on March 5, 2014.

3. Until such time as the Court rules on Plaintiffs' Motion for Summary Judgment, no party will serve or seek to take discovery from any other party or non-party to this action. However, nothing in this Order shall preclude either Defendants or Intervenor from opposing Plaintiffs' Motion for Summary Judgment on the grounds that a genuine dispute exists as to any material fact, that an asserted fact is not supported by admissible evidence, or that, due to the absence of the opportunity to take discovery, facts essential to justify the opposition cannot be presented.

1

*TIMEC COMPANY, INC., ET AL V. EDMUND G. BROWN, ET AL*
[PROPOSED] ORDER GRANTING INTERVENTION
CASE NO.: 2:13-CV-02521-JAM-DAD

4. Neither Plaintiffs nor Intervenor shall seek to recover their respective attorney's fees incurred in connection with this action from each other.

IT IS SO ORDERED.

DATED: 1/31/2014                                    /s/ John A. Mendez

                                                    John A. Mendez
                                                    United States District Court Judge

2

*Timec Company, Inc., et al v. Edmund G. Brown, et al*
[Proposed] Order Granting Intervention
Case No.: 2:13-CV-02521-JAM-DAD