**FILED**
FEB 11 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  LITTLER MENDELSON, P.C.
   Richard N. Hill, Bar No. 083629
2  Michael J. Lotito, Bar No. 108740
   Stephen C. Tedesco, Bar No. 130325
3  rhill@littler.com;stedesco@littler.com
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
5  Facsimile:  415.399.8490

6  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
7  Steven D. Atkinson, Bar No. 59094
   Scott K. Dauscher, Bar No. 204105
8  12800 Center Court Drive South, Suite 300
   Cerritos, California 90703-9364
9  Telephone: (562) 653-3200
   Fax: (562) 653-3333
10 Attorneys for Plaintiffs
   TIMEC COMPANY, INC. dba TRANSFIELD SERVICES;
11 PETROCHEM INSULATION, INC.; SSP INDUSTRIAL
   RECLAMATION, A CALIFORNIA JOINT VENTURE dba
12 PLANT RECLAMATION; ANTHONY GILLISPIE; and
   RODOLFO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMEC COMPANY, INC. dba TRANSFIELD SERVICES; PETROCHEM INSULATION, INC.; SSP INDUSTRIAL RECLAMATION, A CALIFORNIA JOINT VENTURE, dba PLANT RECLAMATION; ANTHONY GILLISPIE; and RODOLFO LOPEZ<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; KAMALA HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; CHRISTINE BAKER, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; DIANE RAVNIK, IN HER OFFICIAL CAPACITY AS THE CHIEF OF THE CALIFORNIA DIVISION OF APPRENTICESHIP STANDARDS; MATT RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS CALIFORNIA SECRETARY FOR ENVIRONMENTAL PROTECTION; CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY. AGENCY, and DOES 1-50, INCLUSIVE<br><br>Defendants. | Case No. 2:13-CV-02521-JAM-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS EDMUND G. BROWN AND CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY WITHOUT PREJUDICE** |
|---|---|

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
DISMISSING DEFENDANTS

Case No. 2:13-cv-02521-JAM-DAD

Pursuant to F.R.C.P. Rule 41(a)(1)(a)(ii), all Plaintiffs and all Defendants hereby stipulate that:

1. Defendant Edmund G. Brown acting in his official capacity as the Governor of the State of California is dismissed from this action, without prejudice.

2. Defendant Kamala Harris, acting in her official capacity as the Attorney General for the State of California, will remain as a Defendant for the purpose of defending the constitutionality of California Health and Safety Code section 25536.7.

3. Defendants Baker, Ravnik, and Rodriquez, acting in their official capacities, will remain as Defendants, but without prejudice to their rights to argue subsequently that they are not proper parties.

4. Defendant California Environmental Protection Agency ("CalEPA") is dismissed from this action, without prejudice; and

5. If any party intervenes or is added as a party and successfully argues that Defendants Brown or CalEPA are necessary or indispensable parties, the remaining Defendants will not oppose a motion to re-join Brown or CalEPA as Defendants in this action.

IT IS SO STIPULATED.

Dated: February 10, 2014                    LITTLER MENDELSON, P.C.


                                            /s/
                                            RICHARD N. HILL
                                            Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS    1.    Case No. 2:13-cv-02521-JAM-DAD

| | | |
|---|---|---|
| 1 | Dated: February 7, 2014 | CALIFORNIA DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | /s/ John W. Killeen (as authorized on 2/7/14) |
| | | JOHN W. KILLEEN |
| 4 | | Attorney for State Defendants |

Dated: February __, 2014        STRUMWASSER & WOOCHER LLP

/s/
Fredric D. Woocher
Attorneys for Intervenors

**IT IS SO ORDERED**

DATED: 2-10-14

Honorable John A. Mendez
United States District Court Judge

Firmwide:124912741.1 079628.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS     2.     Case No. 2:13-cv-02521-JAM-DAD