KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General
JOHN W. KILLEEN
Deputy Attorney General (attorney for notice)
State Bar No. 258395
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-1968
  Fax:  (916) 324-8835
  E-mail:  John.Killeen@doj.ca.gov
*Attorneys for State Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMEC COMPANY, INC., dba TRANSFIELD SERVICES; PETROCHEM INSULATION, INC.; SSP INDUSTRIAL PLANT RECLAMATION, A CALIFORNIA JOINT VENTURE, dba PLANT RECLAMATION; ANTHONY GILLISPIE; and RODOLFO LOPEZ,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**KAMALA HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; CHRISTINE BAKER, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; DIANE RAVNIK, IN HER OFFICIAL CAPACITY AS THE CHIEF OF THE CALIFORNIA DIVISION OF APPRENTICESHIP STANDARDS; MATT RODRIQUEZ, IN HIS OFFICIAL CAPACITY AS CALIFORNIA SECRETARY FOR ENVIRONMENTAL PROTECTION,**<br><br>Defendants. | Case No. 2:13-CV-02521-JAM-DAD<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:           March 5, 2014<br>Time:          9:30 a.m.<br>Dept:           6<br>Judge:         Hon. John A. Mendez<br>Trial Date:  None Set<br>Action Filed: December 5, 2013 |

**STATE BUILDING AND
CONSTRUCTION TRADES COUNCIL
OF CALIFORNIA, AFL-CIO,**

                              Intervenor.

Plaintiffs filed a motion for summary judgment on January 22, 2014.  Defendants and the Intervenor filed oppositions to the motion for summary judgment on February 12, 2014. Plaintiffs filed a reply in support of their motion for summary judgment on February 26, 2014. The Court heard oral argument on March 5, 2014.  At the March 5 hearing, the Court made oral findings and conclusions.

Based on the pleadings submitted by the parties, the record in this case, the arguments of counsel at the March 5, 2014 hearing, and the Court's oral findings and conclusions at the March 5 hearing, it is hereby ordered that:

1. Plaintiffs' motion for summary judgment is denied, without prejudice, on the basis that no Plaintiff has produced sufficient evidence of an injury in fact that would satisfy the standing requirement of Article III of the United States Constitution.

2. State Defendants' objections to Plaintiffs' evidence are overruled, without prejudice.

IT IS SO ORDERED.

Dated:  March 13, 2014                              /s/ John A. Mendez_____
                                                                     Honorable John A. Mendez
                                                                      United States District Court Judge