1 | LITTLER MENDELSON, P.C.
Richard N. Hill, Bar No. 083629
2 | Michael J. Lotito, Bar No. 108740
Stephen C. Tedesco, Bar No. 130325
3 | rhill@littler.com;stedesco@littler.com
650 California Street, 20th Floor
4 | San Francisco, CA  94108.2693
Telephone:    415.433.1940
5 | Facsimile:    415.399.8490

6 | ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
7 | Steven D. Atkinson, Bar No. 59094
Scott K. Dauscher, Bar No. 204105
8 | 12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
9 | Telephone:  (562) 653-3200
Fax:  (562) 653-3333
10 | Attorneys for Plaintiffs
TIMEC COMPANY, INC. dba TRANSFIELD SERVICES;
11 | PETROCHEM INSULATION, INC.; SSP INDUSTRIAL
PLANT RECLAMATION, A CALIFORNIA JOINT
12 | VENTURE dba PLANT RECLAMATION; ANTHONY
GILLISPIE; and RUDOLFO LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMEC COMPANY, INC. dba TRANSFIELD SERVICES; PETROCHEM INSULATION, INC.; SSP INDUSTRIAL PLANT RECLAMATION, A CALIFORNIA JOINT VENTURE, dba PLANT RECLAMATION; ANTHONY GILLISPIE; and RUDOLFO LOPEZ<br><br>Plaintiffs,<br>v.<br>EDMUND G. BROWN, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; KAMALA HARRIS, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; CHRISTINE BAKER, IN HER OFFICIAL CAPACITY AS DIRECTOR OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; DIANE RAVNIK, IN HER OFFICIAL CAPACITY AS THE CHIEF OF THE CALIFORNIA DIVISION OF APPRENTICESHIP STANDARDS; MATT RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS CALIFORNIA SECRETARY FOR ENVIRONMENTAL PROTECTION; CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY. AGENCY; JIM BOHON, IN HIS OFFICIAL CAPACITY AS CHIEF CAL/EPA UNIFIED PROGRAM, and DOES 1-50, INCLUSIVE<br><br>Defendants. | Case No.  2:13-CV-02521-JAM-DAD<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AND [PROPOSED] ORDER

Case No. 2:13-cv-02521-JAM-DAD

Pursuant to F.R.C.P. Rule 41(a)(1)(a)(ii), all Plaintiffs, all Defendants and Intervenor hereby stipulate to dismiss the pending action without prejudice. This Stipulation is based on the Court's March 5, 2014, Order that Plaintiffs do not currently have standing to challenge SB 54.

Notwithstanding the prior Stipulation between the parties dated January 15, 2014, if any of the Plaintiffs file a subsequent action based on or including the same claim(s) against the same Defendants, Intervenor shall not be precluded from seeking an award of costs and fees from such Plaintiffs to the extent permitted by Federal Rule of Civil Procedure 41(d).

IT IS SO STIPULATED.

Dated: May 8, 2014                          LITTLER MENDELSON

                                            ____//S//_____
                                            RICHARD N. HILL
                                            Attorneys for Plaintiffs

Dated: May 8, 2014                          CALIFORNIA DEPARTMENT OF JUSTICE

                                            ____//S//_____
                                            JOHN W. KILLEEN
                                            Attorneys for Defendants

Dated: May 8, 2014                          STRUMWASSER & WOOCHER

                                            ____//S//_____
                                            FREDRIC WOOCHER
                                            Attorneys for Intervenor

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER   1.   Case No. 2:13-cv-02521-JAM-DAD

## **ORDER**

Pursuant to the Parties' Stipulation Re Dismissal Without Prejudice Pursuant To Federal Rule Of Civil Procedure 41(A)(1), and GOOD CAUSE APPEARING THEREFOR, it is **HEREBY ORDERED, ADJUDGED and DECREED** as follows:

(1) this entire action, and each and every claim for relief asserted therein, shall be and hereby is **DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE**;

(2) each party shall bear his or its own attorneys' fees and costs in this action.

**SO ORDERED.**

Dated:  May 12, 2014

    /s/ JOHN A. MENDEZ
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

Firmwide:126915642.1 079628.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE AND [PROPOSED] ORDER

Case No. 2:13-cv-02521-JAM-DAD