1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  TIMEC COMPANY, INC., et al.,    )   Case No. 2:13-CV-02521 JAM-DAD
                                    )
12                     Plaintiffs,  )
                                    )
13        v.                        )
                                    )
14  KAMALA HARRIS, et al.,          )
                                    )   **RELATED CASE ORDER**
15                     Defendants.  )
                                    )
16  _____ )
    STATE BUILDING AND CONSTRUCTION )
17  TRADES COUNCIL OF CALIFORNIA,   )
    AFL-CIO,                        )
18                                  )
                       Intervenor.  )
19  _____ )
    UNICO MECHANICAL CORP, et al.,  )
20                                  )
                       Plaintiffs,  )
21                                  )   Case No. 2:15-CV-00996 WBS-CKD
          v.                        )
22                                  )
    KAMALA HARRIS, et al.,          )
23                                  )
                       Defendants.  )

24       Examination of the above-entitled actions reveals that these

25  actions are related within the meaning of Local Rule 123 (E.D. Cal.

26  2005).  Accordingly, the assignment of the matters to the same

27  judge and magistrate judge is likely to affect a substantial

28  savings of judicial effort and is also likely to be convenient for

1  the parties.

2        The parties should be aware that relating the cases under

3  Local Rule 123 merely has the result that these actions are

4  assigned to the same judge and magistrate judge; no consolidation

5  of the actions is effected.  Under the regular practice of this

6  court, related cases are generally assigned to the judge and

7  magistrate judge to whom the first filed action was assigned.

8        IT IS THEREFORE ORDERED that the action denominated 2:15-CV-

9  00996 WBS-CKD be reassigned to Judge John A. Mendez and Magistrate

10  Judge Dale A. Drozd for all further proceedings, and any dates

11  currently set in this reassigned case <u>only</u> are hereby VACATED.

12  Henceforth, the caption on documents filed in the reassigned case

13  shall be shown as 2:15-CV-00996 JAM-DAD.

14        IT IS SO ORDERED.

15  Dated:  June 24, 2015

16                                    /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
17                                    United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28